IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:          CIVIL ACTION NO. MDL 875

(See attached case list)

FILED
OCT - 9 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER OF TRANSFER TO BANKRUPTCY ONLY DOCKET

The Court, having received a request from Plaintiffs' counsel to transfer the cases listed on the attached exhibits, hereby orders as follows:

1. All claims remaining against viable, non-bankrupt defendants in these actions are hereby dismissed without prejudice.
2. The Clerk of the Court is directed to transfer these actions together with their claims against bankrupt defendants to the "bankruptcy only" docket.
3. Cases may be reinstated only for good cause shown.
4. Plaintiffs' counsel shall file with the Court a final order of dismissal when all bankruptcy claims are resolved.

IT IS SO ORDERED.

Date 10/2/09

BY THE COURT

_____ J.
Eduardo C. Robreno

| CASE NO. | NAME | STATE |
|---|---|---|
| | **United State District Court Eastern District Pensylvania Pending Cases Filed In MDL-875** | |
| 2:07-cv-64005-ER | Beverly Mastrangelo | MA |
| 2:07-cv-64005-ER | Angelo Mastrangelo | MA |
| 2:07-cv-64112-ER | Jeannette Ahern | MA |
| 2:07-cv-64112-ER | William Ahern | MA |
| 2:07-cv-64114-ER | Stasia Gazda | MA |
| 2:07-cv-64114-ER | Walt Gazda | MA |
| 2:07-cv-64329-ER | Doris Aron | MA |
| 2:07-cv-64329-ER | Robert Aron | MA |
| 2:07-cv-64332-ER | Barbara Valenti | MA |
| 2:07-cv-64332-ER | Louis Valenti | MA |
| 2:07-cv-64352-ER | Carol Svedberg | MA |
| 2:07-cv-64352-ER | Louis Comeau | MA |
| 2:07-cv-64358-ER | Harriet Egan | MA |
| 2:07-cv-64358-ER | David Egan | MA |
| 2:07-cv-64359-ER | Janice Timmins | MA |
| 2:07-cv-64359-ER | Patricia Russo | MA |
| 2:07-cv-64366-ER | Eric Carter | MA |
| 2:07-cv-64366-ER | Marsha Carter | MA |
| 2:07-cv-64367-ER | Elaine Giguere | MA |
| 2:07-cv-64371-ER | Margaret Tighe | MA |
| 2:07-cv-64372-ER | John McDermott | MA |
| 2:09-cv-72108-ER | Beverly Mastrangelo | MA |
| 2:09-cv-72108-ER | Angelo Mastrangelo | MA |
| 2:07-cv-63849-ER | Mary French | ME |
| 2:07-cv-63849-ER | Merle French | ME |
| 2:07-cv-63859-ER | David Harris | ME |
| 2:07-cv-63859-ER | Carol Harris | ME |
| 2:07-cv-63860-ER | Patricia Maker | ME |
| 2:07-cv-63863-ER | Adoree Leighton | ME |
| 2:07-cv-63863-ER | George Leighton | ME |
| 2:07-cv-63870-ER | Faith Watson | ME |
| 2:07-cv-63870-ER | Richard Watson | ME |
| 2:07-cv-63871-ER | Marilyn Bailey | ME |
| 2:07-cv-63871-ER | Charles Bailey | ME |
| 2:07-cv-63872-ER | Deborah Hersom | ME |
| 2:07-cv-63877-ER | Richard Stewart | ME |
| 2:07-cv-63892-ER | Ronald Morin | ME |
| 2:07-cv-63892-ER | Gail Morin | ME |
| 2:07-cv-63902-ER | Joanne Nason | ME |
| 2:07-cv-63902-ER | Mark Nason | ME |
| 2:07-cv-63910-ER | James Gauthier | ME |
| 2:07-cv-63910-ER | Shirley Gauthier | ME |
| 2:07-cv-63913-ER | Rita Payheur | ME |
| 2:07-cv-63913-ER | Robert Payheur | ME |
| 2:07-cv-63916-ER | Rita Cain | ME |
| 2:07-cv-63916-ER | Reginald Cain | ME |
| 2:07-cv-63933-ER | Philip Tingley | ME |

| | Case Number | Name | | State |
|---|---|---|---|---|
| | 2:07-cv-63937-ER | George Cote | | ME |
| | 2:07-cv-63982-ER | Edward Zaleski | | ME |
| | 2:07-cv-63982-ER | Josephine Zaleski | | ME |
| | 2:07-cv-63989-ER | Linda Hardy | | ME |
| | 2:09-cv-65602-ER | Pauline Vigue | | ME |
| | 2:09-cv-65602-ER | Joseph Vigue | | ME |
| | 2:09-cv-67180-ER | Marsha Richelli | | ME |
| | 2:09-cv-70116-ER | Eleanor Hayes | | ME |
| | 2:07-cv-63431-ER | Richard Bettcher | | NH |
| | 2:07-cv-63431-ER | Leslie Bettcher | | NH |
| | 2:07-cv-63432-ER | Alice MacKinnon | | NH |
| | 2:07-cv-63439-ER | Jeanette Wilkins | | NH |
| | 2:07-cv-63442-ER | Leslie Weeks | | NH |
| | 2:07-cv-63442-ER | Rita Weeks | | NH |
| | 2:07-cv-63449-ER | Earl Adams | | NH |
| | 2:07-cv-63449-ER | Patricia Adams | | NH |
| | 2:07-cv-63454-ER | Muriel George | | NH |
| | 2:07-cv-63460-ER | Robert Toomey | | NH |
| | 2:07-cv-63473-ER | Carol Carter | | NH |
| | 2:07-cv-63484-ER | Sandra Boudreau | | NH |
| | 2:07-cv-63484-ER | Robert Boudreau | | NH |
| | 2:07-cv-63485-ER | Raymond Cyr | | NH |
| | 2:07-cv-63485-ER | Theresa Cyr | | NH |
| | 2:07-cv-63500-ER | Edna Beauchemin | | NH |
| 07-64606 | 2:07-cv-63606-ER | Jack Payne | | NH |
| 07-64606 | 2:07-cv-63606-ER | Pauline Payne | | NH |
| 07-64608 | 2:07-cv-63608-ER | Dana French | | NH |
| 07-64608 | 2:07-cv-63608-ER | Mary Ann French | | NH |
| 07-64609 | 2:07-cv-63609-ER | William Pennell | | NH |
| 07-64610 | 2:07-cv-63610-ER | William Houghton | | NH |
| 07-64610 | 2:07-cv-63610-ER | Claire Houghton | | NH |
| 07-64611 | 2:07-cv-63611-ER | Eleanor Volkringer | | NH |
| 07-64611 | 2:07-cv-63611-ER | Robert Volkringer | | NH |
| 07-64612 | 2:07-cv-63612-ER | Robert Howley | | NH |
| 07-64613 | 2:07-cv-63613-ER | Noella Thibeault | | NH |
| 07-64613 | 2:07-cv-63613-ER | Roger Thibeault | | NH |
| 07-64614 | 2:07-cv-63614-ER | Neil Graves | | NH |
| 07-64614 | 2:07-cv-63614-ER | Margaret Graves | | NH |
| 07-64615 | 2:07-cv-63615-ER | Paul Reichard | | NH |
| 07-64616 | 2:07-cv-63616-ER | Shirley Gilman | | NH |
| 07-64616 | 2:07-cv-63616-ER | William Gilman | | NH |
| 07-64617 | 2:07-cv-63617-ER | Mary King | | NH |
| 07-64617 | 2:07-cv-63617-ER | Paul King | | NH |
| 07-64618 | 2:07-cv-63618-ER | Robert Duhamel | | NH |
| 07-64618 | 2:07-cv-63618-ER | Lillian Duhamel | | NH |
| 07-64619 | 2:07-cv-63619-ER | Jody Davis | | NH |
| 07-64621 | 2:07-cv-63621-ER | Albert Binette | | NH |
| 07-64621 | 2:07-cv-63621-ER | Marcelle Binette | | NH |
| 07-64622 | 2:07-cv-63622-ER | Richard Bourque | | NH |
| 07-64622 | 2:07-cv-63622-ER | Rachel Bourque | | NH |
| 07-64624 | 2:07-cv-63624-ER | Kathleen Thomson | | NH |
| | 2:09-cv-62634-ER | Judith Jackson | | NH |